Cora May Hatch, as Administratrix, etc., Appellant, v. Lake Shore and Michigan Southern Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., and Lambert, J., who dissented.

John Dean, as Administrator, etc., Respondent, v. The New York State Railways, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence on the question of the contributory negligence of plaintiff's intestate, and that the court erred in excluding the evidence offered concerning the relation between the deceased and his child. All concurred, except Kruse, P. J., who dissented.

Joseph S. Franklin, Appellant, v. Agnes B. Kidd, as Executrix, etc., Respondent.— Judgment affirmed, with costs. All concurred.

Catherine Fitzgerald, as Administratrix, etc., Respondent, v. The Erie Railroad Company, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of evidence on the question of defendant's negligence and the contributory negligence of the deceased. All concurred.

Lee E. Clancy, by Frank E. Clancy, His Guardian ad Litem, Plaintiff, v. Niagara Falls Hydraulic Power and Manufacturing Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, P. J., who dissented.

Angelo Montana and Others, Respondents, v. Phenix Fire Insurance Company of Paris, France, Appellant.— Judgment and order affirmed, with costs. All concurred.

Medford B. Farrington, as Trustee in Bankruptcy of the Estate of Waclaw Kurzynski, a Bankrupt, Respondent, v. Union Pacific Tea Company, Appellant.— Judgment affirmed, with costs. All concurred.

Bernhardt Guirizinski, Appellant, v. American Radiator Company, Respondent.— Judgment affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented.